UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      No. 09-CR-20297

-vs-                                Hon. John Corbett O'Meara

D-3   EDDIE ORAH,

        Defendant.
_____/

## ORDER OF DISMISSAL

     This matter coming before the Court on the government's motion, the Court grants the government leave to dismiss the Indictment and First Superseding Indictment against Eddie Orah. The Court also orders that the unexecuted arrest warrant for Eddie Orah be cancelled.

                                  s/John Corbett O'Meara
                                  United States District Judge

Date: July 25, 2012

     I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, July 25, 2012, using the ECF system and/or ordinary mail.

                                  s/William Barkholz
                                  Case Manager