UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                    Case no. 09-20297

v.

                                 HON. JOHN CORBETT O'MEARA

HOLLIE E. MAJEWSKI,

        Defendant.
_____/

**STIPULATION AND ORDER**
**EXTENDING REPORTING DATE TO FEDERAL INSTITUTION**

IT IS HEREBY STIPULATED AND AGREED UPON between the above parties, through their respective counsel, to extend Defendant's reporting date to her federal correctional institution of designation from October 15, 2012 until November 8, 2012.

| | |
|---|---|
| s/ Stephen L. Hiyama (w/consent) | s/ Andrew N. Wise |
| Assistant U.S. Attorney | Attorney for Defendant |
| 211 W. Fort St., Ste. 2001 | 613 Abbott St., 5th Floor |
| Detroit, MI 48226 | Detroit, MI 48226 |
| (313) 226-9597 | Phone: (313) 967-5830 |
| stephen.hiyama@usdoj.gov | andrew_wise@fd.org |

      **SO ORDERED.**

Date: September 27, 2012                      s/John Corbett O'Meara
                                                      United States District Judge